# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Preston, C. Kathryn | Bankruptcy Court, S.D. Ohio | 5/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
170 North High Street
Columbus, Ohio 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Huntington Bancshares Retirement Plan - former Employer; no control - Opinion of Committee on Code of Conduct obtained. (See Part VIII). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | City of Columbus, Ohio (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | October 12-15, 2011 | Tampa, FL | NCBJ Annual Conference | Lodging |
| 2. | Allegheny County Bar Association | December 8-9, 2011 | Pittsburgh, PA | CLE Speaker | Transportation, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Columbus Bar Association | Bankruptcy Law Institute Fee | $370.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Huntington National Bank | Mortgage on Rental Prop. #1, Cape Coral, FL. (Pt. VII, line 1) | M |
| 2. | Huntington National Bank | Second Mortgage/Personal Credit Line, Rental Prop. #1 Cape Coral, FL. (Pt. VII, line 1) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Cape Coral, FL (Purchased 2005 $679,900) | D | Rent | O | R | | | | | |
| 2. Investment Property, N. Captiva Island, FL | | None | N | W | | | | | |
| 3. Huntington Bank Accounts | A | Interest | K | T | | | | | |
| 4. Bank of America Accounts | A | Interest | K | T | | | | | |
| 5. Fifth Third Bank Account | | None | J | T | | | | | |
| 6. CME Fed. Credit Union Accounts | A | Interest | J | T | | | | | |
| 7. Chase Bank Accounts | | None | J | T | | | | | |
| 8. Trust #1-income beneficiary | C | Distribution | N | T | | | | | |
| 9. -Ashland, Inc. | | | | | | | | | |
| 10. -AT& T, Inc., f/k/a SBC Communications | | | | | | | | | |
| 11. -BRE Properties, Inc. | | | | | | | | | |
| 12. -Chubb Corp. | | | | | | | | | |
| 13. -Cimarix Energy Co. | | | | | | | | | |
| 14. -Cisco Systems, Inc. | | | | | | | | | |
| 15. -Conoco Philips | | | | | | | | | |
| 16. -Denison Mines Corp. | | | | | | | | | |
| 17. -Dodge & Cox Int'l Stock Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -EMC Corp. | | | | | | | | | |
| 19. -Fairpoint Communications, Inc. | | | | | | | | | |
| 20. -Frontier Communications Corp. | | | | | | | | | |
| 21. -General Dynamics Corp. | | | | | | | | | |
| 22. - Greater China Fund Inc.com | | | | | | | | | |
| 23. -Heartland Express, Inc. | | | | | | | | | |
| 24. -Ishares S&P Latin America | | | | | | | | | |
| 25. -M&T Bank Corporation | | | | | | | | | |
| 26. -Marathon Oil | | | | | | | | | |
| 27. -Marathon Petroleum Corp. | | | | | Spinoff (from line 26) | 07/01/11 | J | | Spinoff from Marathon Oil |
| 28. -Merck & Co., Inc. | | | | | | | | | |
| 29. -Microsoft Corp. | | | | | | | | | |
| 30. -Raytheon Co. | | | | | | | | | |
| 31. -Southern Co. | | | | | | | | | |
| 32. -Tupperware Corp. | | | | | | | | | |
| 33. -Verizon Communications | | | | | | | | | |
| 34. -Walmart Stores, Inc. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Whirlpool Corp. | | | | | | | | | |
| 36. -Wells Fargo Government Money Market Fund | | | | | | | | | |
| 37. -Farm Property (127.92 acres) Jasper Co., IA | | | | | | | | | |
| 38. Huntington Bancshares Pension Plan (See part VIII) | | None | M | V | | | | | |
| 39. Hartford Life Ins. Policy | B | None | K | T | | | | | |
| 40. - American Funds Ins. Asset Alloc. Fund | | | | | | | | | |
| 41. - American Funds Ins. Bond Fund | | | | | | | | | |
| 42. -American Funds Ins. Growth Income Fund | | | | | | | | | |
| 43. -Franklin Templeton Mutual Shares Security Fund | | | | | | | | | |
| 44. -Fidelity VIP Contra Fund Portfolio | | | | | | | | | |
| 45. -Fidelity VIP Mid Cap Portfolio | | | | | | | | | |
| 46. -Hartford HLS Int'l Small Company Fund | | | | | | | | | |
| 47. -Oppenheimer Global Securities Fund | | | | | | | | | |
| 48. -Van Kampen LIT Comstock Portfolio | | | | | | | | | |
| 49. Brokerage Account #1 | | | K | T | | | | | |
| 50. - AT&T (Y) | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 51. - Exxon Mobile Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  IBM | | None | J | T | Buy | 11/17/11 | J | | |
| 53.  - Lowe's Co. - common stock (Y) | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 54.  - MDU Resources Grp. Inc. - common stock (Y) | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 55.  - Microsoft Corp. - common stock (Y) | A | Dividend | | | Sold | 07/29/11 | J | A | |
| 56.  -Principle Financial Group, Inc. (X) (See part VIII) | | None | J | T | | | | | |
| 57.  - Proctor & Gamble Co. - common stock | A | Dividend | J | T | Sold (part) | 7/29/11 | J | A | |
| 58.  - Stryker Corp. (Y) | A | Dividend | | | Sold | 7/29/11 | J | A | |
| 59.  - United Technologies Corp. | A | Dividend | J | T | Sold (part) | 7/29/11 | J | A | |
| 60.  -Fed OH Muni Income Fund | A | Int./Div. | J | T | | | | | |
| 61.  Brokerage Account #2 | | | L | T | | | | | |
| 62.  - American Balanced Fund - Class A Bonds | A | Dividend | K | T | | | | | |
| 63.  -American Europacific Growth Fund Class A | A | Dividend | J | T | Buy (add'l) | 1/7/11 | J | | |
| 64. | | | | | Buy (add'l) | 2/9/11 | J | | |
| 65. | | | | | Buy (add'l) | 3/9/11 | J | | |
| 66. | | | | | Buy (add'l) | 4/7/11 | J | | |
| 67. | | | | | Buy (add'l) | 5/9/11 | J | | |
| 68. | | | | | Buy (add'l) | 6/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 7/8/11 | J | | |
| 70. | | | | | Buy (add'l) | 8/9/11 | J | | |
| 71. | | | | | Buy (add'l) | 9/9/11 | J | | |
| 72. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 73. | | | | | Buy (add'l) | 11/5/11 | J | | |
| 74. | | | | | Buy (add'l) | 12/8/11 | J | | |
| 75. - American Growth Fund of America - Class A Bonds | A | Dividend | K | T | | | | | |
| 76. IRA # 1 | D | Int./Div. | N | T | | | | | |
| 77. -ABALX - Class A Bonds | | | | | Buy (add'l) | 1/24/11 | J | | |
| 78. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 79. -ABNDX - Class A Bonds | | | | | | | | | |
| 80. -AEPGX - Class A Bonds | | | | | | | | | |
| 81. -AGTHX - Class A Bonds | | | | | Buy (add'l) | 1/24/11 | J | | |
| 82. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 83. -AHITX - Class A Bonds | | | | | | | | | |
| 84. -AIVSX - Class A Bonds | | | | | Buy (add'l) | 1/24/11 | J | | |
| 85. -AMECX - Class A Bonds | | | | | Buy (add'l) | 1/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CWGIX - Class A Bonds | | | | | | | | | |
| 87. -NEWFX - Class A Bonds | | | | | Sold (part) | 11/17/11 | J | B | |
| 88. -SMCWX - Class A Bonds | | | | | Sold (part) | 11/17/11 | J | A | |
| 89. IRA # 2 | A | Dividend | J | T | | | | | |
| 90. - Dodge & Cox Bal. Fund | | | | | | | | | |
| 91. - Hershey Foods Corp. | | | | | | | | | |
| 92. Principle Financial Group (Y) (See part VIII) | A | Dividend | | | | | | | |
| 93. Ohio Police & Fire Pension Fund▓ | | None | M | T | | | | | |
| 94. Ohio Police & Fire Pension Fund DROP ▓ | E | Interest | O | T | | | | | |
| 95. Ohio Public Employees Deferred Comp. Prog▓ | C | Dividend | M | T | | | | | |
| 96. - Dodge & Cox Balanced Fund | | | | | | | | | |
| 97. - Dodge & Cox Stock | | | | | | | | | |
| 98. - Fidelity Contra Fund | | | | | | | | | |
| 99. -Fidelity Growth Co. | | | | | | | | | |
| 100. - FPA Capital Fund | | | | | | | | | |
| 101. - PIMCO Total Return Fund | | | | | | | | | |
| 102. - Vanguard Inst. Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Capital Opportunity Fund | | | | | | | | | |
| 104. Investment Accounts (as Custodian ▆▆▆ ) | A | Dividend | J | T | | | | | |
| 105. - CAIBX | | | | | Buy (add'l) | 8/25/11 | J | | |
| 106. WG Holding Co., LLC | | None | K | W | Buy | 04/16/11 | K | | WG Holding Co., LLC |
| 107. Rum Cove, LLC | | None | N | W | Buy | 08/09/11 | N | | Hart & June Kelly |
| 108. -Rental prop N.Captiva Isl, FL(purchased 2011 $350,000) | | | O | W | | | | | |
| 109. -Personal property attendant to rental property | | | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Preston, C. Kathryn | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Line 1 - Retirement plan of former employer; I have no control; I will receive retirement annuity upon reaching retirement age. I obtained the opinion of the Committee on Codes of Conduct on 9-27-06; They found that a conflict exists and directed that in actions involving Huntington (1) the parties must be notified of the conflict and that I am disqualified from presiding, and (2) the parties may be offered an opportunity to waive the conflict.

Part VII Line 5 - The Fifth Third Bank account is a new account opened 2011.

Part VII Line 38 - The value of my interest in the Huntington Bancshares Retirement Plan is determined by calculation of the present value of the anticipated future benefits. The calculation is performed by Huntington or its administrative service provider.

Part VII Line 56 and 92 - The Principle Financial Group, Inc. stock was transferred on or about 12-7-11 into Brokerage account #1 from direct personal ownership.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Kathryn Preston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544